ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| KUNJ Construction Corporation | ) ASBCA No. 63240 |
| | ) |
| Under Contract No. N40085-16-D-0302 | ) |

APPEARANCES FOR THE APPELLANT:    Matthew T. Schoonover, Esq.
John M. Mattox II, Esq.
Timothy J. Laughlin, Esq.
Ian P. Patterson, Esq.
  Schoonover & Moriarty LLC
  Olathe, KS

APPEARANCES FOR THE GOVERNMENT:    Tracey R. Rockenbach, Esq.
  Acting Navy Chief Trial Attorney
Merideth N. Mendenhall, Esq.
David M. Marquez, Esq.
  Trial Attorneys

OPINION BY ADMINISTRATIVE JUDGE MCLISH

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $625,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: June 12, 2026

THOMAS P. MCLISH
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur


J. REID PROUTY                                    MICHAEL N. O'CONNELL
Administrative Judge                              Administrative Judge
Acting Chairman                                   Vice Chairman
Armed Services Board                              Armed Services Board
of Contract Appeals                               of Contract Appeals


I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 63240, Appeal of KUNJ Construction Corporation, rendered in conformance with the Board's Charter.

Dated: June 12, 2026


PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2